IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-21-BLG-SPW |
| --- | --- |
| Plaintiff, | ORDER DISMISSING WITH PREJUDICE |
| vs. | |
| HOWARD ORAN EMBRY, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss with Prejudice (Doc. 61), under Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause being shown,

IT IS HEREBY ORDERED that the Indictment in this matter is **DISMISSED WITH PREJUDICE.**

The Clerk is directed to notify counsel of the making of this Order.

DATED this 19th day of October, 2015.

SUSAN P. WATTERS
United States District Judge

1